UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ROGER DRIVER,

       Petitioner,                      Case No. 1:19-cv-264

v.                                            Honorable Paul L. Maloney

RANDEE REWERTS,

       Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:   May 24, 2019                          /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                        United States District Judge